UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MARTIN ALVAREZ GAMEZ                                                                 PETITIONER

v.                                                                       CIVIL ACTION NO. 3:14cv183-DPJ-FKB

UNKNOWN FISCHER, WARDEN                                                          RESPONDENT

ORDER

This habeas corpus petition is before the Court on the Report and Recommendation [10] of Magistrate Judge F. Keith Ball entered in this action on February 18, 2015.  Neither party has filed objections in response to Judge Ball's Report.  Having reviewed the Report and the record, the Court agrees that Petitioner Martin Alvarez Gamez's Petition [1] is now moot.  Therefore, Judge Ball's Report and Recommendation [10] is adopted as the opinion of the Court, and Gamez's Petition [1] is dismissed with prejudice.

A separate final judgment will be entered in this action in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 13th day of March, 2015.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE